AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

EDWARD THOMAS KENNEDY )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 3:18cv697
PHILLIP CARL PETRUS, ET.AL. )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

retired. social security is my only income. I apologize for being poor at the moment. I used my funds since 2008 for charity and service to the community as a missionary roman catholic priest and Papal Knight. Credentials attached.

My gross pay or wages are: $ 1,593.00 , and my take-home pay or wages are: $ 1,350.00 per
*(specify pay period)* monthly .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

FILED
SCRANTON

MAR 30 2018

PER _____
DEPUTY CLERK

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 350.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):*
Auto- honda CR-V. I purchased for the church, and then upon retirement, changed ownership from Sacred Medical Order Church of HOPE, to my name. www.smoch.org.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):*
cash flow negative...total expenses are $2000, deficit covered by living in a community with others, a life style similar to a Jesuit priest.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I perform medical charity as requested. I am expert in Monastic Medicine and many othres. I do not charge fees.
I have worked with homeless and alcholics. Therefore, expenses are variable and not predictable to forcast.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*
No debt EXCEPT,
The IRS assumes (wrongly) I owe a debt, I am protesting thus. I was a victim of Identify Theft, which caused problems that I am addressing to fix.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 03/29/2018 _____

_____
*Applicant's signature*

EDWARD THOMAS KENNEDY
*Printed name*